AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Alejandro Uribe-Chavez<br><br>*Defendant(s)* | )<br>)<br>)   Case No. 1:25mj12<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 24, 2025__ in the county of __Jefferson__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 United States Code Section 1326(a) | Defendant is an undocumented alien who had previously been deported or removed from the United States to Mexico on or about January 9, 2019, was found in the Eastern District of Texas, said defendant not having received the express consent of the Attorney General and the Secretary of Homeland Security, the successor, pursuant to United States Code, Title 6, for re-application for admission to the United States in violation of 8 U.S.C. § 1326(a). |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Zeb Dawson, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Feb 10, 2025

_____
*Judge's signature*

City and state: Beaumont, Texas

Christine Stetson, U.S. Magistrate Judge
*Printed name and title*